UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZACHARY PERRIS and MARIE NIELSEN,

                Plaintiffs,

           v.

UBER TECHNOLOGIES, INC. and AJIT SINGH,

                Defendants.

24-CV-2698 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed at the telephonic conference held on May 24, 2024, the Court ordered the parties to submit a joint status letter by July 1, 2024, updating the Court as to the status of this case. To date, no letter has been filed.

    The parties shall submit their joint letter no later than September 12, 2024. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    September 6, 2024
              New York, New York

                                            Ronnie Abrams
                                            United States District Judge