UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZACHARY PERRIS and MARIE NIELSEN,

                Plaintiffs,

                v.

UBER TECHNOLOGIES, INC. and AJIT SINGH,

                Defendant.

No. 24-cv-2698 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      A post-fact-discovery conference in this matter is currently scheduled for August 22, 2025. As set forth in the Case Management Plan and Scheduling Order, *see* ECF No. 31, and as ordered by the Court on August 11, 2025, *see* ECF No. 34, no later than one week in advance of the conference, the parties were instructed to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action. To date, no letter has been filed.

      By tomorrow, August 21, 2025, the parties shall either submit the joint letter or seek to adjourn the conference. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    August 20, 2025
            New York, New York

                                                                              Ronnie Abrams
                                                                                United States District Judge