UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZACHARY PERRIS and MARIE NIELSEN,<br><br>                 Plaintiffs,<br><br>                 v.<br><br>UBER TECHNOLOGIES, INC. and AJIT SINGH,<br><br>               Defendants. | No. 24-CV-2698 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      Due to a scheduling issue, the conference in the above captioned matter scheduled for Friday, November 21, 2025 is hereby adjourned to Monday, November 21 at 10:45 a.m.

SO ORDERED.

Dated:    November 13, 2025
              New York, New York

                                                               Hon. Ronnie Abrams
                                                             United States District Judge