UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZACHARY PERRIS and MARIE NIELSEN, | |
| Plaintiffs, | |
| v. | No. 24-CV-2698 (RA) |
| UBER TECHNOLOGIES, INC. and AJIT SINGH, | AMENDED ORDER |
| Defendants. | |

RONNIE ABRAMS, United States District Judge:

Due to a scheduling issue, the conference in the above captioned matter scheduled for Friday, November 21, 2025 is hereby adjourned to Monday, November 24 at 10:45 a.m.

SO ORDERED.

Dated:   November 17, 2025
         New York, New York

Hon. Ronnie Abrams
United States District Judge