UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZACHARY PERRIS AND MARIE NIELSEN., <br><br> Plaintiffs, <br><br> -against- <br><br> UBER TECHNOLOGIES, INC. AND AJIT SINGH., <br><br> Defendants. | 24 CIVIL 02698 (RA) <br><br> **<u>JUDGMENT</u>** |

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memorandum Opinion and Order dated June 29, 2026, Uber's motion for summary judgment is granted and the Complaint is dismissed with prejudice as to Uber. Moreover, Uber is entitled to costs and disbursements of this action. See Fed. R. Civ. P. 54. Uber shall submit an affidavit itemizing those costs within thirty (30) days of the filing of this order.

**Dated:**   New York, New York
June 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**