UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZACHARY PERRIS and MARIE NIELSEN, Plaintiffs, v. AJIT SINGH, Defendant. | 24-CV-2698 (RA) <br> ORDER |

RONNIE ABRAMS, United States District Judge:

On June 29, 2026, the Court issued a Memorandum Opinion & Order granting then-Defendant Uber Technologies, Inc.'s motion for summary judgment, dismissing the Complaint with prejudice as to Uber Technologies, Inc., and ordering the remaining parties to "file a status letter within thirty (30) days of the filing of this order proposing next steps in this action." Dkt. 49 at 9. The Court is not in receipt of such status letter. No later than November 16, 2026, the parties shall file a joint letter proposing next steps in this case. Failure to comply with this order may result in dismissal pursuant to Federal Rule of Civil Procedure 41(b). To the extent that the parties may benefit from referral to the Court's mediation program or to Magistrate Judge Aaron for a settlement conference, they shall so advise the Court.

SO ORDERED.

Dated: November 2, 2026
New York, New York

Ronnie Abrams
United States District Judge